Present — Marsh,
J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

In the Matter of HARRY J. STEWART, JR., Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

In the Matter of KATHERINE NAPPI, as Administratrix of the Estate of PATRICK NAPPI, Doing Business as CASA DINAPPI, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.